AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:24-mj-00149 |
| GARRETT COOK | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2024__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 912 | Impersonating a Federal Officer |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_Complainant's signature_

SA Robert McGuire, FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ _(specify reliable electronic means)_.

Date: 3/7/24

City and state: Dayton, Ohio

Peter B. Silvain, Jr.
United States Magistrate Judge

**SUPPORTING AFFIDAVIT**

Your Affiant Robert McGuire being duly sworn, does hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent ("SA") with Federal Bureau of Investigation ("FBI") and have been so employed since November 2004. I am currently assigned to the Cincinnati Division, Dayton Resident Agency. As such, I am charged with investigating crimes against the United States of America, including but not limited to violations of Title 18 and Title 21 of the United States Code (U.S.C.). I have received training in organized crime, fraud, drug trafficking investigations and have participated in numerous related arrests and convictions, related surveillance, investigations involving the distribution of narcotics and conspiracy to distribute narcotics, money laundering offenses, supervised the activities of informants who have provided information and assistance which resulted in arrests and convictions. Based on my training and experience, I am familiar with federal laws, and I am aware that it is a violation of federal law for someone to pretend to be an FBI agent when such pretense was false and the person knew it was false, and the person, while so pretending, acted with the intent to cause a person to follow some course of action or inaction, in violation of 18 U.S.C. § 912.

**PURPOSE OF AFFIDAVIT**

2. This affidavit is made in support of an application for a federal arrest warrant and complaint against GARRETT COOK (hereafter "COOK"). I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that on March 5, 2024, COOK committed a violation of 18 U.S.C. § 912, that being that he pretended to be an FBI agent, when such pretense was false and COOK knew it was false, and

COOK, while so pretending, acted with the intent to cause a person to follow some course of action or inaction.

3. On or about March 5, 2024, in the Southern District of Ohio, the defendant GARRETT COOK, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, and in such assumed and pretended character did act as such, in that he falsely held himself out as a Special Agent of the Federal Bureau of Investigation engaged in locating and apprehending a person suspected of tracking down sex offenders on the dark web and murdering them, and sought information concerning the location of that person, in violation of Title 18, United States Code, Section 912.

## SUMMARY OF PROBABLE CAUSE

4. On March 6, 2024, I was contacted by Butler Township Police Department concerning an individual, later identified as COOK, holding himself out as an FBI agent. On March 5, 2024, at approximately 9:34 p.m., officers with the Butler Township Police Department were dispatched to Olive Garden located at 6722 Miller Lane, Dayton, Ohio. The complainant, an employee of Olive Garden, stated that she was alerted by another employee that there was a man who was apparently an FBI agent. The purported FBI agent was in the front of the restaurant and wanted to speak with the employee. The employee agreed to speak with the supposed FBI agent.

5. The employee described the supposed FBI agent as wearing a blue FBI jacket, blue FBI hat, and a badge holder that was turned around backward. Because the badge holder was backward, the employee could not determine whether the badge holder contained a badge. The purported FBI agent flashed a photo of a man and asked the employee if the employee had seen the man depicted in the photograph. The purported FBI agent explained the man depicted in the

photograph was GARRETT COOK. The purported FBI agent informed the employee that the person in the photograph was suspected of tracking down sex offenders on the dark web and murdering them. The employee explained that the man in the photograph did not look familiar and the purported FBI agent departed the area.

6. The employee believed the purported FBI agent was not really an FBI Agent and looked up the name "Garrett Cook" on Facebook. The employee identified a Facebook account for GARRETT COOK which matched the purported FBI agent. Officers with the Butler Township Police Department canvassed the area for the subject and were not able to locate him. In canvassing the area, officers questioned other employees of local businesses and retrieved some surveillance footage from local businesses near Olive Garden.

7. Surveillance footage from a motel near Olive Garden, time-stamped 8:33 p.m. on March 5, 2024, shows a male wearing a blue FBI Raid jacket and a blue FBI hat, as well as a badge holder attached to a lanyard around his neck. The male in the video walks into the entry door of the hotel then opens what appears to be the main entry door of the lobby but does not enter the hotel lobby. He immediately turns around and exits the hotel. Due to the timing of this incident, roughly an hour prior to the Olive Garden incident, I believe the person in the surveillance footage is the same individual from Olive Garden.

///

///

///

///

///

///

8. A screenshot of the surveillance footage is below:



9. On March 6, 2024, I reviewed a known FBI computer database that contains records of FBI agents. A search of this database indicates there is not an FBI agent named Garrett Cook who is currently employed by the FBI.

10. In addition to the employee identifying the individual who she interacted with at Olive Garden as the same person who holds himself out on Facebook as GARRETT COOK, law enforcement spoke to COOK's mother on March 6, 2024. In speaking with COOK's mother, she confirmed the photograph depicted above is her son, GARRETT COOK.

## CONCLUSION

11. Based on the facts set forth in the Affidavit, there is probable cause to believe that, on March 5, 2024, in the Southern District of Ohio, defendant Garrett Cook did falsely assume and

4

pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, and in such assumed and pretended character did act as such, in that he falsely held himself out as a Special Agent of the Federal Bureau of Investigation engaged in locating and apprehending a person suspected of tracking down sex offenders on the dark web and murdering them, and sought information concerning the location of that person, in violation of Title 18, United States Code, Section 912

_____
Robert McGuire
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this __7th__ day of March, 2024.

_____
Peter B. Silvain, Jr.
United States Magistrate Judge

5